# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | |
|---|---|
| MARY ELLEN JEFFORDS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> ACTING ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY ADMINISTRATION, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No: 5:17-00640-MGL <br><br> ORDER |

On July 16, 2018, Counsel for the Plaintiff, Paul T. McChesney, filed a motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. ECF No. 24. The motion seeks reimbursement for counsel's representation in the captioned matter in the amount of $3,200.31 for fees (5.0 hours of attorney time at $192.50 per hour, and 23.25 hours of paralegal time at $96.25 per hour) and $22.46 for expenses. *Id.* On July 19, 2018, Defendant filed a response indicating it did not oppose the payment of such fees and expenses. ECF No. 25.

In accordance with *Astrue v. Ratliff*, 560 U.S. 586, 595-98 (2010), EAJA fees awarded by this Court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B)), and, therefore, this Court directs fees be payable to Plaintiff and delivered to Plaintiff's counsel.   Accordingly,

**IT IS ORDERED** Plaintiff's motion for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, be **GRANTED** in the amount of $3,200.31 for fees and $22.46 for expenses.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

July 19, 2018
Columbia, South Carolina